# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ISAAC TURNER,<br><br>                Petitioner,<br><br>        v.<br><br>MARCUS POLLARD, Warden,<br><br>                Respondent. | Case No. ED CV 17-00737-VBF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: May 11, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE