JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ISAAC TURNER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 17-0737-VBF (JPR)<br><br>**J U D G M E N T** |

　　　Final judgment is hereby entered in favor of the respondent warden and against petitioner Peter Isaac Turner.

　　　IT IS SO ADJUDGED.

DATED: May 11, 2020

*Valerie Baker Fairbank*

　　　VALERIE BAKER FAIRBANK
　　　U.S. DISTRICT JUDGE